[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-15162
Non-Argument Calendar
_____

D.C. Docket No. 1:96-cr-00027-DHB-BKE-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JEROME FRIERSON-BEY,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia
_____

(July 23, 2015)

Before HULL, MARCUS and ROSENBAUM, Circuit Judges.

PER CURIAM:

John E. Price, appointed counsel for Jerome Frierson-Bey in this criminal appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the district court's revocation judgment is **AFFIRMED**.